# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

APR 19 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with Facebook user ID "rollin.low.374" that is stored at premises controlled by Facebook.

)
)
)
)
)
)
)

Case No. MJ 18-27-GF-JTJ

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the ____State and____ District of ____Montana____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Conspiracy to possess controlled substances with the intent to distribute; |
| 21 USC § 846 | possession of controlled substances with the intent to distribute. |

The application is based on these facts:

Please See Attached Affidavit in Support of the Search Warrant Application.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

HSI Special Agent Albert W. Kinsey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/19/2018

*Judge's signature*

City and state: Great Falls, Montana

United States Magistrate Judge John T. Johnston
*Printed name and title*