# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook user ID "rollin.low.374" that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.