## ATTACHMENT B

### Particular Things to be Seized

### I.   Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the

possession, custody, or control of Facebook Inc. ("Facebook"), including any

messages, records, files, logs, or information that have been deleted but are still

available to Facebook, or have been preserved pursuant to a request made under 18

U.S.C. § 2703(f), Facebook is required to disclose the following information to the

government for each user ID listed in Attachment A:

      (a)    All contact and personal identifying information, including: full name,

            user identification number, birth date, gender, contact e-mail

            addresses, physical address (including city, state, and zip code),

            telephone numbers, screen names, websites, and other personal

            identifiers.

      (b)    All activity logs for the account and all other documents showing the

            user's posts and other Facebook activities;

      (c)    All photos and videos uploaded by that user ID and all photos and

            videos uploaded by any user that have that user tagged in them,

            including Exchangeable Image File ("EXIF") data and any other

            metadata associated with those photos and videos,

(d)     All profile information; News Feed information; status updates;
        videos, photographs, articles, and other items; Notes; Wall postings;
        friend lists, including the friends' Facebook user identification
        numbers; groups and networks of which the user is a member,
        including the groups' Facebook group identification numbers; future
        and past event postings; rejected "Friend" requests; comments; gifts;
        pokes; tags; and information about the user's access and use of
        Facebook applications;

(e)     All other records of communications and messages made or received
        by the user, including all private messages, chat history, video calling
        history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into
        the account;

(h)     All records of the account's usage of the "Like" feature, including all
        Facebook posts and all non-Facebook webpages and content that the
        user has "liked";

(i)     All information about the Facebook pages that the account is or was a
        "fan" of;

(j)     All past and present lists of friends created by the account;

(k)  All records of Facebook searches performed by the account;

(l)  All information about the user's access and use of Facebook Marketplace;

(m)  The types of service utilized by the user;

(n)  The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)  All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.  Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) and 846 involving Roel CENTENO since December 1, 2017, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The negotiation and sale of illegal drugs;

3

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the historical whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.    such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.    such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____
Date                             Signature